# EXHIBIT 3



**From:** Amit Sinha <Amit.Sinha@digicert.com>
**Sent:** Tuesday, July 30, 2024 12:59 AM
**To:** Mark Waterstraat <Mark.Waterstraat@alegeus.com>
**Cc:** Leif O'Leary <leif.oleary@alegeus.com>; Roy Luria <roy.luria@alegeus.com>; Derek Holmes <Derek.Holmes@alegeus.com>; Connor Willis <Connor.Willis@digicert.com>
**Subject:** Re: Alegeus Technologies – Domain Control Verification

**\*\*This email originated from outside Alegeus. VERIFY any instructions via phone if the source appears to be an Alegeus employee. Do NOT click links or open attachments unless you recognize the sender and know the content is safe.\*\***

Dear Mark,

I am very sorry for the fire drill. We have no choice.

Unfortunately, there is no way to extend the deadline. The issue here is if we don't revoke certificates that have domain control security issue within the **mandatory** 24-hour window from discovery, browsers distrust the CA root. This recently happened to Entrust.

This is a sensitive situation, and I appreciate your team's help in getting the replacement certificates re-issued through our portal and deployed asap to minimize disruption. We understand the impact due to the compressed deadline and ask that you treat this as an emergency response. We are working with several financial, media, healthcare, and tech companies, many with hundreds of certificates that are swiftly getting replaced.

Thank you for your understanding and help. Apologies again for the issue.

Best,
Amit Sinha
CEO, DigiCert
www.digicert.com [digicert.com]

---

**From:** Mark Waterstraat <Mark.Waterstraat@alegeus.com>
**Date:** Monday, July 29, 2024 at 9:43 PM
**To:** Amit Sinha <Amit.Sinha@digicert.com>
**Cc:** Leif O'Leary <leif.oleary@alegeus.com>, Roy Luria <roy.luria@alegeus.com>, Derek

Holmes <Derek.Holmes@alegeus.com>, Connor Willis <Connor.Willis@digicert.com>
**Subject:** Alegeus Technologies – Domain Control Verification

Dear Dr. Sinha,

We are in receipt of your firm's email communication today at 6:41 pm ET regarding your plan to revoke certificates tomorrow at 3:30 pm ET that did not have proper Domain Control Verification (DCV).  We understand the revocation is driven by a coding issue at DigiCert that resulted in an omission of an automatic underscore prefix in 72 of our CNAME-based validation cases that service our clients through SSO and otherwise.  We are also aware of DigiCert's voluntary membership in the CABF that has bylaws requiring certificates with an issue in their domain validation must be revoked within 24 hours, and that you have been aware of this issue for more than 24 hours.  We are required by contract to give our clients at least 24 hours before such a change is executed, and your error and delays have put us in a virtually impossible situation.

Please note that we are a fintech in the healthcare space and serve as a non-bank trustee supporting millions of consumer accounts. In such capacities we manage consumer directed healthcare benefits, including flexible spending accounts (FSAs), health reimbursement accounts (HRAs) and health savings account (HSAs).  Our platform, through our health plan and administrator clients, administers health care benefits and provides consumers access to their HSAs.

Although our team was promptly mobilized to respond to this issue, in light of the volume of the certificates and the need to coordinate renewals with our 300 clients in under 24 hours, we will not be able to rectify the situation by the deadline.  Revoking the certificates as proposed will result in significant access issues to our clients and their participants, which means that **millions** of plan participants and consumers will not be able to access funds reserved for and designed to pay for health care benefits until the access issues are resolved.  **Without the ability to access these accounts your actions will in effect impede consumers from accessing healthcare benefits**. I am equally concerned that denying to millions of consumers' access to their HSAs and other consumer directed healthcare benefit accounts and thereby to health benefits may subject Alegeus and DigiCert to rigorous regulatory scrutiny.

We are asking at a minimum that a standard 3-day notice be granted to allow for expedited transition while mitigating the adverse repercussions to our clients and our business. If we face a breakdown in service for our clients due to DigiCert's error and failure to provide timely assistance to rectify, we will have no choice but to hold DigiCert fully responsible Due to the serious nature of this impossible situation you have put us in, I ask that you please call me at (402) 670-6767 or otherwise make yourself available for a call in the early in the morning .

Regards,

Mark Waterstraat,
Chief Customer and Operations Officer
Alegeus Technologies

Reference: https://www.digicert.com/support/certificate-revocation-incident

Mark Waterstraat
Chief Customer & Operations Officer



c. 402.670.6767
e. mark.waterstraat@alegeus.com   w. alegeus.com

Executive Assistant: Yuko Helffrich
p. 781.250.6294   e. yuko.helffrich@alegeus.com

The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by persons other than the intended recipient. Thank you.