David J. Jordan (#1791)
   Email: djordan@foley.com
David L. Mortensen (#8242)
   Email: dmortensen@foley.com
Tyler A. Dever (#15584)
   Email: tdever@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT  84111
Telephone:  801.401.8900

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT FOR

## THE DISTRICT OF UTAH

| | |
|---|---|
| ALEGEUS TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DIGICERT, INC., a Utah corporation,<br><br>Defendant. | **NOTICE REGARDING ORDER GRANTING ALEGEUS TECHNOLOGIES, LLC'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Civil No. 2:24-cv-534-HCN<br><br>Howard C. Nielson, Jr.<br>United States District Judge |

    Plaintiff Alegeus Technologies, LLC ("Alegeus") and defendant DigiCert, Inc. ("DigiCert"), by and through its counsel, respectfully notify the Court that, at this point, they are not requesting that the Court schedule a further hearing on Alegeus' Motion for a Temporary Restraining Order. Specifically, the parties hereby notify the Court as follows:

    On July 30, 2024, Alegeus filed (a) a Verified Complaint and Jury Demand; and (b) an Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction. Later that same day, the Court entered an Order Granting Alegeus Technologies, LLC's Ex Parte Motion for Temporary Restraining Order (the "Order"), enjoining DigiCert from "revoking the security

certificates for the Alegeus Websites for a period of seven (7) days, or until the Court is able to schedule a hearing on the Motion, whichever is earlier." *See* Order at 2, D.E. 3.

In light of the Court's Order, the parties hereby give notice that they currently anticipate the Alegeus' websites will be recertified in the next seven (7) days. Thus, they do not anticipate requesting that the Court schedule any further hearings on the Order. To be clear, at this point, the parties are not requesting that the Court vacate or extend the Order. The parties will contact the Court if they require any additional action on the Order in the future.

Dated this the 1st day of August 2024.

> FOLEY & LARDNER LLP
>
> /s/ *David Mortensen*
> David J. Jordan
> David Mortensen
> Tyler A. Dever
>
> *Attorneys for Plaintiff*

Dated this the 1st day of August 2024.

> WILSON SONSINI GOODRICH & ROSATI
>
> /s/ *Jess M. Krannich (signed with permission)*
> Jess M. Krannich
> Paul J. Sampson
>
> *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 1st day of August, 2024, I caused a true and correct copy of the foregoing document to be electronically filed in the CM/ECF system, and served, via e-mail, on the following counsel:

>Jess M. Krannich
>Wilson Sonsini Goodrich & Rosati
>15 West South Temple
>Gateway Tower West, Suite 1700
>Salt Lake City, UT  84101-1560
>jkrannich@wsgr.com


                                                                            */s/ Stacy Kamaya*