Jess M. Krannich, State Bar No. 14398
Paul J. Sampson, State Bar No. 13350
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
15 West South Temple
Gateway Tower West, Suite 1700
Salt Lake City, UT  84101-1560
Telephone:  (801) 401-8510
Facsimile:   (866) 974-7329
Jkrannich@wsgr.com
PSampson@wsgr.com

*Attorneys for Defendant Digicert, Inc.*

# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| ALEGEUS TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DIGICERT, INC., a Utah Corporation,<br><br>Defendant. | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT**<br><br>**(Paul J. Sampson)**<br><br>Case No. 2:24-cv-00534<br><br>District Judge |

      PLEASE TAKE NOTICE that attorney Paul J. Sampson (Utah Bar No. 13350) hereby appears as counsel of record for Defendant Digicert, Inc. in the above captioned matter.

      Pursuant to Fed. R. Civ. P. 5, all further notices and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon the following:

-1-

Paul J. Sampson, State Bar No. 13350
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
15 West South Temple
Gateway Tower West, Suite 1700
Salt Lake City, UT  84101-1560
PSampson@wsgr.com

| | |
|---|---|
| Dated: August 2, 2024 | Respectfully submitted, |
| | */s/ Paul J. Sampson* |
| | Jess M. Krannich, State Bar No. 14398 |
| | Paul J. Sampson, State Bar No. 13350 |
| | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| | |
| | *Attorneys Defendant Digicert, Inc.* |

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, I caused a true and correct copy of the foregoing document to be electronically filed in the CM/ECF system, and served, via email, on the following counsel:

David J. Jordan
David L. Mortensen
Tyler A. Dever
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: 1-801-401-8900
djordan@foley.com
dmortensen@foley.com
tdever@foley.com

*Attorneys for Plaintiff*

                                        */s/ Paul J. Sampson*
                                        Paul J. Sampson, State Bar No. 13350