Jess M. Krannich, State Bar No. 14398
Paul J. Sampson, State Bar No. 13350
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
15 West South Temple
Gateway Tower West, Suite 1700
Salt Lake City, UT  84101-1560
Telephone:  (801) 401-8510
Facsimile:   (866) 974-7329
Jkrannich@wsgr.com
PSampson@wsgr.com

*Attorneys for Defendant Digicert, Inc.*

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| ALEGEUS TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DIGICERT, INC., a Utah Corporation,<br><br>Defendant. | **JOINT MOTION TO VACATE TEMPORARY RESTRAINING ORDER**<br><br>Case No. 2:24-cv-00534<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Dustin B. Pead |

Plaintiff Alegeus Technologies, LLC and Defendant DigiCert, Inc. ("DigiCert"), by and through counsel, hereby submit this Joint Motion to Vacate Temporary Restraining Order (the "Motion").

## **INTRODUCTION AND REQUESTED RELIEF**

On July 30, 2024, Plaintiff Alegeus Technologies, LLC ("Alegeus"), applied for and obtained a temporary restraining order ("TRO") precluding DigiCert from decertifying or revoking

certain digital security certificates relating to Alegeus' vendor websites. (Dkt. Nos. 2, 3.) The Court's order entering the TRO provided that the TRO would be for a period of seven days or until the Court is able to schedule a hearing on the TRO. (Dkt. No. 3.)

Two days later, on August 1, 2024, the parties filed a Notice Regarding Order Granting Alegeus Technologies, LLC's Ex Parte Motion for Temporary Restraining Order (the "Notice"). (Dkt. No. 6.) In the Notice, the parties informed the Court that they were "not requesting that the Court schedule a further hearing" on the TRO. (*Id.* at 1.) The parties further informed the Court that they anticipated Alegeus's websites would be recertified within the seven days period. (*Id.* at 2.)

The parties are pleased to report that the affected websites have had their certificates recertified. Accordingly, the issue has been resolved, and there is no longer a need for a TRO. The Parties therefore jointly move the Court to vacate the TRO.

| | |
|---|---|
| Dated: August 2, 2024 | Respectfully submitted, |
| | */s/ Paul J. Sampson* |
| | Jess M. Krannich, State Bar No. 14398 |
| | Paul J. Sampson, State Bar No. 13350 |
| | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| | |
| | *Attorneys Defendant Digicert, Inc.* |
| | |
| | */s/ David L. Mortensen* |
| | *(signed with permission given via email)* |
| | David J. Jordan |
| | David Mortensen |
| | Tyler A. Dever |
| | FOLEY & LARDNER LLP |
| | |
| | *Attorneys for Plaintiff Alegeus, LLC* |

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, I caused a true and correct copy of the foregoing document to be electronically filed in the CM/ECF system, and served, via email, on the following counsel:

David J. Jordan
David L. Mortensen
Tyler A. Dever
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: 1-801-401-8900
djordan@foley.com
dmortensen@foley.com
tdever@foley.com

*Attorneys for Plaintiff*

                                                             */s/ Paul J. Sampson*
                                                             Paul J. Sampson, State Bar No. 13350