David J. Jordan (#1791)
    Email: djordan@foley.com
David L. Mortensen (#8242)
    Email: dmortensen@foley.com
Tyler A. Dever (#15584)
    Email: tdever@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT  84111
Telephone:  801.401.8900

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF UTAH

| | |
|---|---|
| ALEGEUS TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DIGICERT, INC., a Utah corporation,<br><br>Defendant. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Civil No. 2:24-cv-534-HCN-DBP<br><br>District Judge Howard C. Nielson, Jr.<br>Chief Magistrate Judge Dustin B. Pead |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Alegeus Technologies, LLC ("Alegeus") hereby gives notice of and voluntarily dismisses the above-captioned action with prejudice. DigiCert has not filed an answer or motion for summary judgment. Thus, Alegeus may dismiss this action without a stipulation or Court order.

Dated this the 13th day of September 2024.

                              FOLEY & LARDNER LLP

                              /s/ *David Mortensen*
                              David Mortensen
                              David J. Jordan
                              Tyler A. Dever
                              *Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2024, I caused a true and correct copy of the foregoing document to be electronically filed in the CM/ECF system, and served, via e-mail, on the following counsel:

    Jess M. Krannich
    Paul J. Sampson
    Wilson Sonsini Goodrich & Rosati
    15 West South Temple
    Gateway Tower West, Suite 1700
    Salt Lake City, UT  84101-1560
    jkrannich@wsgr.com
    psampson@wsgr.com

                                              */s/ Stacy Kamaya*

4857-0933-7828.1